# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**February 19, 2015**

| | | |
|---|---|---|
| CAAP–12–00 00792 | Kekona v. State | Affirmed |

**February 20, 2015**

| | | |
|---|---|---|
| CAAP–12–00 00857 | State v. Nakagawa-Pali | Affirmed |

**March 19, 2015**

| | | |
|---|---|---|
| CAAP–13–00 06253 | State v. Ayau | Vacated and Remanded |
| CAAP–12–00 00421 | Wells Fargo Bank, N.A. v. Ah Chong | Affirmed |

**March 24, 2015**

| | | |
|---|---|---|
| CAAP–13–00 05192 | Lankford v. Lankford | Affirmed |
| CAAP–14–00 00392 | Mizukami v. Don Quijote (USA) Co., Ltd. | Affirmed |

**March 25, 2015**

| | | |
|---|---|---|
| CAAP–12–00 00474 | Niau v. Quick Loan Funding | Affirmed |
| CAAP–13–00 00786 | State v. Lindberg | Vacated and Remanded |
| CAAP–12–00 00462 | State v. Malaefono | Vacated and Remanded |

**March 27, 2015**

| | | |
|---|---|---|
| CAAP–13–00 03085 | Bosshard v. Three Stooges, LLC | Affirmed |